William Kirk, Appellant, vs. John Sheppard, Appellee.

Appeal from Circuit Court Escambia county; William D. Barnes, Judge.

William Kirk, in Pro. Per.

Blount & Blount, for Appellee.

The bill in this cause was filed by the appellants against the appellee. There was decree for the defendant, and the complainant appeals by suing out writ of error.

Cause dismissed because there is no lawful or effectual entry or notice of appeal from the decree rendered therein, and the cause being one in equity the writ of error is ineffectual for the purpose of reviewing the same.